UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-54

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | **ORDER** |
| SHIRLENE R. BOONE | : | |
| DEFENDANT | : | |

This matter coming on and being heard before the undersigned Judge upon a Motion filed by the defendant to allow her to travel to attend her sister, Charlotte Carters funeral.

**IT IS THEREFORE ADJUDGED ORDERED AND DECREED** that the defendant be allowed to travel to Suitland, Maryland to attend the funeral of her sister, Charlotte Carter. The defendant is ordered to remain in contact with Probation Officer Massey at all times.

This the 2nd of March, 2011.

_____
JUDGE